

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00529-CV

Dorothy **DELK**,
Appellant

v.

**VAL VERDE COUNTY** and San Felipe Del Rio Consolidated Independent School District,
Appellees

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 25395
Honorable Robert Cadena, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellees, Val Verde County and San Felipe Del Rio Consolidated Independent School District, recover their costs of this appeal from appellant, Dorothy Delk.

SIGNED April 22, 2015.

_____
Luz Elena D. Chapa, Justice